UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Robert Lee Ray                          Docket No. 5:05-CR-217-1BO

**Petition for Action on Supervised Release**

COMES NOW Corey Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Lee Ray, who, upon an earlier plea of guilty to Felon in Possession of a Firearm, in violation of 18 U.S.C. §§ 922 (g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on May 23, 2006, to the custody of the Bureau of Prisons for a term of 180 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

On October 5, 2016, pursuant to 28 U.S.C. § 2255, the defendant's sentence was amended to time served at which time the supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** Due to the defendant's lengthy substance abuse issues, it is respectfully recommended that the terms of his supervised release be modified to include our standard drug aftercare condition. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Except as herein modified, the judgment shall remain in full force and effect.

| | |
|---|---|
| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
| /s/ Eddie J. Smith<br>Eddie J. Smith<br>Supervising U.S. Probation Officer | /s/ Corey Rich<br>Corey Rich<br>U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: 910-354-2540<br>Executed On: October 27, 2016 |

**ORDER OF THE COURT**

Considered and ordered this \_\_1\_\_ day of November, 2016, and ordered filed and made a part of the records in the above case.

_____
Terrence W. Boyle
U.S. District Judge

Case 5:05-cr-00217-BO   Document 45   Filed 11/01/16   Page 1 of 1